UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| VERONICA MALDONADO, o/b/o A.C., a minor child, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) |
| Defendant. | ) |

CASE NO. 4:20-CV-1878

JUDGE DAN AARON POLSTER

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

Before the Court is the Report and Recommendation of Magistrate Judge David A. Ruiz ("R & R"), ECF Doc. 21, which recommends that the Court affirm the Commissioner's final decision. The R & R was filed on January 14, 2022. It is now February 7, 2022, and no objections to the R & R have been filed.

Under the relevant statute,

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1). The failure to timely file written objections to a Magistrate Judge's R & R constitutes a waiver of the right to obtain a de novo review of the R & R in the district court. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985). The failure to file written objections also results in a waiver of the right to appeal. *Thomas v. Arn*, 728 F.2d 813, 814-15 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985).

Here, objections were due on January 28, 2022. Because Ms. Maldonado was not represented by counsel, the Court waited an additional ten days before adopting the R & R. Still, no objections have been filed. Nonetheless, the Court has reviewed the Magistrate Judge's thorough R & R. The Court agrees with the Magistrate Judge that the ALJ's findings were supported by substantial evidence. Consequently, the Court agrees with the Magistrate Judge that the Commissioner's final decisions should be affirmed.

Accordingly, the Court **ADOPTS** the R & R (ECF Doc. 21) in full and **DISMISSES** the above-captioned case.

IT IS SO ORDERED.

Dated: February 7, 2022

                                              */s/ Dan A. Polster*
                                              **DAN AARON POLSTER**
                                              **UNITED STATES DISTRICT JUDGE**